# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Desmond A. Pridgen, | JUDGMENT IN CASE |
| Plaintiff(s), | 3:19-cv-00446-DSC |
| vs. | |
| Kathy Kraninger, | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 16, 2020 Order.

December 16, 2020

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court